**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

MAMADOU S. B.,

              Petitioner,

v.

TODD BLANCHE, *Attorney General,
United States Department of Justice*;
MARKWAYNE MULLIN, *Secretary,
U.S. Department of Homeland Security*;
TODD M. LYONS, *Acting Director of
Immigration and Customs Enforcement*;
and DAVID EASTERWOOD, Field
Office Director, *St. Paul Field Office, U.S.
Immigration and Customs Enforcement*,

              Respondents.

Case No. 26-cv-2357 (LMP/ECW)

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (ECF No. 5). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: April 29, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge